

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
JON J. HAMMILL,
        Debtor                    Case No. 8:09-bk-2272-CPM
_____/                Chapter 7

DONALD F WALTON
United States Trustee for Region 21,
        Plaintiff
v.
JON J. HAMMILL
        Defendant                Adv. Pro. No 8:10—888-ap-CPM
_____/

## RESPONSE TO UNITED STATES TRUSTEE'S COMPLAINT
## SEEKING REVOCATION OF THE DEBTOR'S DISCHARGE

In response to the Allegations, Oaths and Omissions, Count I, Count II by number.

28.    It was not listed that Jon J Hammill, PA's business had ended, last check received was in 2006, prior to Petition Date.

29    Jon J. Hammill, PA did not do business with Botfly, LLC prior to Petition date, defendant had a loan agreement which had been repaid.

30.    There is an alleged complaint and possible criminal action pending in regards to Botfly, LLC.

31.    I was approached to work for Botfly, LLC after the Petition for Bankruptcy was filed.

32.    My fifth amendment was invoked based on the alleged civil action and pending criminal. I had requested to put off the examination until this action has been resolved, as I will answer all questions at that time.

36.    There was no accounts receivable due for defendant or Jon J. Hammill, PA as of the Petition date.

41.    In 2007 I earned more than $100,000 and did a cash out refinances to recoup money that was spent on remodeling properties.

42.    In 2008, my deposits included $83,000 in repayment of loan from Botfly on the personal side, and were shown on taxes minus invested amount.

43.    In 2009, deposits are insignificant as most of it happened after the petition date.

48.    Attached is the statement for Deutsche Bank at the time of filing the petition.

52.     The deposits for 2007 and 2008 included cash-out refinances of investment properties, equity line of credit, rents collected, repayment of Botfly, LLC loan, and closing my 401k account.

53 & 54.     Boat was sold to Roy Kirchner, and he has since sold it for $9000.

62.     The paperwork was originally filled out at the end of Dec 2008, and amended with a change in employment before it was filed with the clerk. If there were documents missing it was an honest oversight, and should have been requested if there was an issue prior to the decision for discharge.

After my divorce in 2005 I took the advice of successful people and started to invest in real estate as it was known to be a "safe investment". After setting up an equity line on my primary home, I purchased two houses that needed to be remodeled. I remodeled, and refinanced at 75% loan to value to help recoup some of the expenses for the remodel. As we all know, the stock market crashed at the end of 2007, and I was working in the auto industry, and held my real estate license. My income went from $120,000 in 2007 down to $50,000 in 2008. My monthly payments were $7639 including mortgages, cars, boats, and credit cards. I spent my entire savings over the next year trying to keep my credit score over 700 and take care of my obligations. I found myself upside down in the property and unable to sell them, or one boat I owned. Everything else was liquidated to minimize my monthly payments. One of the houses that I had on the market for $104,000 for a year, recently sold for $34,000.I agonized over filing for bankruptcy for 6 months, before I felt I didn't have any other option.

I felt I was fortunate to have an opportunity to earn a good living after this, but never imagined the income that could be made. Now with the ongoing investigation, it is questioned if I actually did earn the income by the OAG's office. The information that was requested pre petition date was accurate at the date of filing. As a result of the current alleged charges the Office of the Attorney General and Receiver has used this as a fact finding mission, and many of the questions that I was asked in the 2004 hearing are the same ones that were asked in my depositions by the receiver and OAG's office, which I invoked my fifth amendment privilege. What has happened post petition should be irrelevant to the bankruptcy case. These are two different situations, and should be handled separately.

Wherefore the defendant respectfully requests that the court does not revoke the discharge.

Dated August 19, 2010

                                        Respectfully submitted
                                        Jon J Hammill
                                        PO Box 530181
                                        St Petersburg, FL 33747

# Deutsche Bank

## Combined Account Statement

**Statement Period:** from Oct 31, 2008 5:00:00 PM through Feb 10, 2009 4:59:59 PM
**User Name:** Jon J. Hammill

**Deutsche Bank**
**Winchester House 1 Great Winchester Street London EC2N 2DB United Kingdom**

Jon J. Hammill
9821 Island Harbor Dr Port Richey, Florida 34668 United States

**Trade account #:** 5000002962    **Created at:** Jul 29, 2008 4:05:22 PM    **Status:** Locked    **Base currency:** USD

### CLOSED TRADE LIST

| Ticket # | Symbol | Volume | Date | Sold | Bought | Gross P/L | Comm | Rollover | Adj | Net P/L | Condition | Created By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

No data found for the statement period

### OUTSTANDING ORDERS

| Order # | Value Date | Type | Ticket | Symbol | Volume | Date | B/S | Price | Market Price | Created By |
|---|---|---|---|---|---|---|---|---|---|---|

No data found for the statement period

### OPEN/FLOATING POSITIONS

| Ticket # | Symbol | Volume | Date | Sold | Bought | Floating P/L | Comm | Rollover | Net P/L | Condition | Created By |
|---|---|---|---|---|---|---|---|---|---|---|---|

No data found for the statement period

### ACCOUNT ACTIVITY

| Time Posted | Code | Description | Account # | Ticket # | Amount | Balance |
|---|---|---|---|---|---|---|

No data found for the statement period

### ACCOUNT SUMMARY

|  |  |  |
|---|---|---|
|  | Beginning Balance | 138.06 |
| Comm | Trading Commission | 0.00 |
| Rollover | Rollover Fee | 0.00 |
| PnL | Profit/Loss of Trade | 0.00 |
| Depos | Deposit | 0.00 |
| Withd | Withdrawal | 0.00 |
| Option | Options Payout | 0.00 |
| Comm | Options Commission | 0.00 |
| AdminFee | Administrative Fee | 0.00 |
| MngFee | Management Fee | 0.00 |
| PerfFee | Performance Fee | 0.00 |
| Void | Deposit Rollback | 0.00 |
| ASPComm | ASP Commission | 0.00 |
| MargInterest | Interest on Usable Margin | 0.00 |
|  | Ending Balance | 138.06 |
|  | Floating P/L | 0.00 |
|  | **Equity** | **138.06** |
|  | Necessary Margin | 0.00 |

Usable Margin                138.06

**Notes:**

All trades are executed with Deutsche Bank AG in the over-the-counter market and settle by credit or debit to your dbFX account in the currency of that account in accordance with the provisions of clause 10 of the client agreement. Deutsche Bank's FSA reference number is 50018. Valuations, including profit and loss calculations, are provided for information purposes only and are intended solely for your use. Although valuations represent Deutsche Bank's estimate of the current economic value of a transaction at the time of valuation based upon mid-market levels, the valuations may also include adjustments to take account of, among other things, transaction size and market liquidity. These valuations are indicative and neither represent the actual terms at which new transactions could be entered into nor the actual terms at which existing transactions could be liquidated or unwound. Reports may not reflect last trades or the most current valuations. All such information is unaudited and subject to subsequent postings and adjustments.